JUSTUS YALE, Appellant, *v.* CHARLES J. MILLS, Respondent.

(Argued September 17, 1872; decided January term, 1873.)

DECIDED upon the ground of the erroneous reception of evidence, which may have affected the verdict.

*George F. Danforth* for the appellant.

*W. F. Cogswell* for the respondent.

HUNT, C., reads for reversal.
All concur.
Judgment reversed and new trial granted.